# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **CLAUDIA E. METZGER,** | Bankruptcy No. 14-39310 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #31)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 20, 2016.

Dated: October 20, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **CLAUDIA E. METZGER**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

## **ECF SERVICE LIST**

- George J Koulogeorge on behalf of Debtor 1 Claudia E. Metzger
  bankruptcy@attorneychicago.com, therman.bankruptcy@gmail.com

- Patrick S Layng
  USTPRegion11.ES.ECF@usdoj.gov

## **MANUAL SERVICE LIST**

**VIA U.S. MAIL**
Claudia E. Metzger
20019 S. Thordale Drive
Frankfort, IL 60423

**VIA U.S. MAIL**
Creditors Collection Bureau, Inc.
755 Almar Pkwy
Bourbonnais, Il 60914

**VIA U.S. MAIL**
Advanced Eye Care
1870 Silver Cross Blvd.
New Lenox, Il 60451

**VIA U.S. MAIL**
Claudia E. Metzger
20019 S. Thordale Drive
Frankfort, IL 60423

**VIA U.S. MAIL**
Capital One, N.A.
C O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

**VIA U.S. MAIL**
Bmi Surgery
1690 Silver Cross Blvd., Ste. 260
New Lenox, Il 60451-9508

**VIA U.S. MAIL**
Creditors Discount & Audit Company
415 E Main St
Streater, Il 61364