# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
                                      §
Claudia E. Metzger                    §       Case No. 14-39310
                                      §
                                      §
           Debtor                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,116.70 *(Without deducting any secured claims)* | Assets Exempt: 21,500.00 |
| Total Distributions to Claimants: 5,804.79 | Claims Discharged Without Payment: 368,109.00 |
| Total Expenses of Administration: 4,195.21 | |

  3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 141,682.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,195.21 | 4,195.21 | 4,195.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 231,171.72 | 13,232.81 | 13,232.81 | 5,804.79 |
| **TOTAL DISBURSEMENTS** | $ 372,853.72 | $ 17,428.02 | $ 17,428.02 | $ 10,000.00 |

    4)  This case was originally filed under chapter 7 on  10/30/2014 .  The case was pending for 27 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/09/2017                         By:/s/Zane L. Zielinski, Trustee
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 20019 S. Thorndale Dr., Frankfort, Il 60423 | 1110-000 | 9,000.00 |
| 2011 Hyundai Sonata (Approx. 50K Miles) - Joint With Husband | 1129-000 | 1,000.00 |
| TOTAL GROSS RECEIPTS | | $ 10,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 141,682.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 141,682.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Michael Hansbrough | 2200-000 | NA | 400.00 | 400.00 | 400.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 165.35 | 165.35 | 165.35 |
| Arthur B. Levine Company | 2300-000 | NA | 5.42 | 5.42 | 5.42 |
| Associated Bank | 2600-000 | NA | 189.08 | 189.08 | 189.08 |
| The Bank of New York Mellon | 2600-000 | NA | 95.07 | 95.07 | 95.07 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 1,575.30 | 1,575.30 | 1,575.30 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 14.99 | 14.99 | 14.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,195.21 | $ 4,195.21 | $ 4,195.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Anes. Assoc. P.C. PO Box 1123 Jackson, MI 49204 | | 3,949.66 | NA | NA | 0.00 |
| | Allied Anes. Assoc. P.C. PO Box 1123 Jackson, MI 49204 | | 1,244.66 | NA | NA | 0.00 |
| | AMO Recoveries 19401 40th Ave. W., Ste. 130 Lynnwood, WA 98036 | | 522.20 | NA | NA | 0.00 |
| | AMO Recoveries 19401 40th Ave., Suite 130 Lynnwood, WA 98036 | | 113.72 | NA | NA | 0.00 |
| | Associated Radiologists of Joliet 6801 W. 73rd St., #637 Bedford Park, IL 60499-0637 | | 35.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Radiologists of Joliet 6801 W. 73rd St., #637 Bedford Park, IL 60499-0637 | | 1,035.00 | NA | NA | 0.00 |
| | Associated Radiologists of Joliet 6801 W. 73rd St., #637 Bedford Park, IL 60499-0637 | | 117.48 | NA | NA | 0.00 |
| | Associated Radiologists of Joliet 6801 W. 73rd St., #637 Bedford Park, IL 60499-0637 | | 701.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 2,478.00 | NA | NA | 0.00 |
| | Byram Healthcare 3010 Woodcreek Dr. Downers Grove, IL 60515 | | 276.08 | NA | NA | 0.00 |
| | Center for Neurological Diseases 2222 Weber Rd. Crest Hill, IL 60403-0928 | | 1,031.53 | NA | NA | 0.00 |
| | Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/cc Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Communityamerica Cu 9777 Ridge Dr Lenexa, KS 66219 | | 6,244.00 | NA | NA | 0.00 |
| | Communityamerica Cu Po Box 15950 Lenexa, KS 66285 | | 0.00 | NA | NA | 0.00 |
| | Communityamerica Cu Po Box 15950 Lenexa, KS 66285 | | 0.00 | NA | NA | 0.00 |
| | Communityamerica Cu Po Box 15950 Lenexa, KS 66285 | | 479.00 | NA | NA | 0.00 |
| | Comprehensive Pathology Services 26570 Network Pl. Chicago, IL 60673-1265 | | 115.52 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 402.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau, Inc. 755 Almar Pkwy Bourbonnais, IL 60914 | | 40.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau, Inc. 755 Almar Pkwy Bourbonnais, IL 60914 | | 35.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection Bureau, Inc. 755 Almar Pkwy Bourbonnais, IL 60914 | | 40.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau, Inc. 755 Almar Pkwy Bourbonnais, IL 60914 | | 48.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau, Inc. 755 Almar Pkwy Bourbonnais, IL 60914 | | 48.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau, Inc. 755 Almar Pkwy Bourbonnais, IL 60914 | | 50.67 | NA | NA | 0.00 |
| | Crestwood Group, LLC PO Box 22928 Cleveland, OH 44122-0928 | | 93.24 | NA | NA | 0.00 |
| | Crestwood Group, LLC PO Box 22928 Cleveland, OH 44122-0928 | | 66.76 | NA | NA | 0.00 |
| | EM Strategies, Ltd. PO Box 366 Hinsdale, IL 60522 | | 616.68 | NA | NA | 0.00 |
| | ENT Surgical Consultants 2201 Glenwood Ave. Joliet, IL 60435 | | 184.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/Lowes Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 4,148.00 | NA | NA | 0.00 |
| | Heartland Cardiovascular Center 301 N. Madison St., Ste. 275 Joliet, IL 60435 | | 1,320.00 | NA | NA | 0.00 |
| | Hedges Clinic Service Corp. 222 Colorado Ave. Frankfort, IL 60423-1334 | | 2,218.32 | NA | NA | 0.00 |
| | Industrial Pharmacy Management PO Box 512518 Los Angeles, CA 90051 | | 22,786.87 | NA | NA | 0.00 |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 755.00 | NA | NA | 0.00 |
| | Medical Business Bureau, LLC PO Box 1219 Park Ridge, IL 60068-7219 | | 4,208.85 | NA | NA | 0.00 |
| | Medical Business Bureau, LLC PO Box 1219 Park Ridge, IL 60068-7219 | | 755.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Performance Equity Par 19450 S 97th Ave Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Performance Equity Par 19450 S 97th Ave Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Performance Equity Par 19450 S 97th Ave Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbsd Citicard Credit Srvs/Centralized Bankrup Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross blvd. New Lenox, IL 60451-9508 | | 5,609.58 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross Blvd. New Lenox, IL 60451-9508 | | 534.64 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross blvd. New Lenox, IL 60451-9508 | | 99,716.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Silver Cross Hospital 1900 Silver Cross Blvd. New Lenox, IL 60451-9508 | | 752.90 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross Blvd. New Lenox, IL 60451-9508 | | 1,883.70 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross Blvd. New Lenox, IL 60451-9508 | | 673.92 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross blvd. New Lenox, IL 60451-9508 | | 17,397.65 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross blvd. New Lenox, IL 60451-9508 | | 32,094.05 | NA | NA | 0.00 |
| | Southwest Gastroenterology 9921 Southwest Hwy. Oak Lawn, IL 60453 | | 371.10 | NA | NA | 0.00 |
| | Southwest Infectious Disease 1051 Essington Rd., Ste. 210 Joliet, IL 60435 | | 1,612.00 | NA | NA | 0.00 |
| | Syncb/la-z-boy C/o Po Box 965036 Orlando, FL 32896 | | 2,193.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Worlds Foremost Bank N 4800 Nw 1st Street Lincoln, NE 68521 | | 0.00 | NA | NA | 0.00 |
| 1 | Capital One, N.A. | 7100-000 | 1,243.00 | 1,224.59 | 1,224.59 | 1,224.59 |
| 2 | Creditors Collection Bureau, Inc. | 7100-000 | 457.00 | 1,152.48 | 1,152.48 | 1,152.48 |
| 5 | Advanced Eye Care | 7200-000 | 38.34 | 38.34 | 38.34 | 12.10 |
| 3 | Bmi Surgery | 7200-000 | 8,834.40 | 8,834.40 | 8,834.40 | 2,789.48 |
| 4 | Creditors Discount & Audit Company | 7200-000 | 1,600.00 | 1,983.00 | 1,983.00 | 626.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 231,171.72 | $ 13,232.81 | $ 13,232.81 | $ 5,804.79 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-39310 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Claudia E. Metzger | | | | Date Filed (f) or Converted (c): | 10/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2014 |
| For Period Ending: | 01/09/2017 | | | | Claims Bar Date: | 03/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 20019 S. Thorndale Dr., Frankfort, Il 60423 | 97,000.00 | 9,000.00 | | 9,000.00 | FA |
| 2. Vacant Parcel In Varna, Il | 1,729.50 | 0.00 | | 0.00 | FA |
| 3. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 4. Community Ameica Checking Account - Joint With Husband | 0.00 | 0.00 | | 0.00 | FA |
| 5. Community America Savings Account - Joint With Husband | 1.75 | 0.00 | | 0.00 | FA |
| 6. Community America Christmas Club Account - Joint With Husban | 2.00 | 0.00 | | 0.00 | FA |
| 7. Community America Checking Account - Joint With Son | 0.00 | 0.00 | | 0.00 | FA |
| 8. Community American Savings Account - Joint With Son | 0.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Petty Items | 250.00 | 0.00 | | 0.00 | FA |
| 11. Misc. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 12. Misc. Petty Items | 100.00 | 0.00 | | 0.00 | FA |
| 13. Misc. Petty Items | 50.00 | 0.00 | | 0.00 | FA |
| 14. 2011 Hyundai Sonata (Approx. 50K Miles) - Joint With Husband | 5,835.00 | 0.00 | | 1,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $105,608.25 | $9,000.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report is set for hearing on November 18, 2016.

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Initial Projected Date of Final Report (TFR): 02/28/2016    Current Projected Date of Final Report (TFR): 11/28/2016

Exhibit 8

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-39310 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Claudia E. Metzger | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4248 |
| | Checking |
| Taxpayer ID No: XX-XXX1645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4934 | Transfer of Funds | 9999-000 | $9,499.51 | | $9,499.51 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,489.51 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.11 | $9,475.40 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.63 | $9,461.77 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.07 | $9,447.70 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.59 | $9,434.11 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.03 | $9,420.08 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.01 | $9,406.07 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.08 | $9,392.99 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.96 | $9,379.03 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.49 | $9,365.54 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.92 | $9,351.62 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.45 | $9,338.17 |
| | | | Page Subtotals: | | $9,499.51 | $161.34 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-39310 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Claudia E. Metzger | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX4248 |
| | | Checking |
| Taxpayer ID No: XX-XXX1645 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.88 | $9,324.29 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.86 | $9,310.43 |
| 11/18/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,915.35 | $7,395.08 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,750.00) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($165.35) | 2200-000 | | | |
| 11/18/16 | 5002 | Alan D. Lasko & Associates P.C. | Distribution | | | $1,590.29 | $5,804.79 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($1,575.30) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($14.99) | 3420-000 | | | |
| 11/18/16 | 5003 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $1,224.59 | $4,580.20 |
| 11/18/16 | 5004 | Creditors Collection Bureau, Inc.<br>755 Almar Pkwy<br>Bourbonnais, Il 60914 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $1,152.48 | $3,427.72 |
| 11/18/16 | 5005 | Bmi Surgery<br>1690 Silver Cross Blvd., Ste. 260<br>New Lenox, Il 60451-9508 | Final distribution to claim 3 representing a payment of 31.58 % per court order. | 7200-000 | | $2,789.48 | $638.24 |
| 11/18/16 | 5006 | Creditors Discount & Audit Company<br>415 E Main St<br>Streater, Il 61364 | Final distribution to claim 4 representing a payment of 31.58 % per court order. | 7200-000 | | $626.14 | $12.10 |

Page Subtotals: $0.00   $9,326.07

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-39310 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Claudia E. Metzger | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4248 |
| | Checking |
| Taxpayer ID No: XX-XXX1645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/16 | 5007 | Advanced Eye Care<br>1870 Silver Cross Blvd.<br>New Lenox, Il 60451 | Final distribution to claim 5 representing a payment of 31.58 % per court order. | 7200-000 | | $12.10 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,499.51 | $9,499.51 |
| Less: Bank Transfers/CD's | $9,499.51 | $0.00 |
| Subtotal | $0.00 | $9,499.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,499.51 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*          Page Subtotals:          $0.00          $12.10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-39310 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Claudia E. Metzger | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX4934 |
| | Checking |
| Taxpayer ID No: XX-XXX1645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/17/14 | | Charles L. Carpenter, Jr.<br>20019 S. Thorndale Drive<br>Frankfort, IL 60423 | Real Property | | $10,000.00 | | $10,000.00 |
| | | | Gross Receipts $10,000.00 | | | | |
| | 1 | | 20019 S. Thorndale Dr., $9,000.00<br>Frankfort, Il 60423 | 1110-000 | | | |
| | 14 | | 2011 Hyundai Sonata (Approx. $1,000.00<br>50K Miles) - Joint With Husband | 1129-000 | | | |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.85 | $9,975.15 |
| 02/16/15 | 101 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Yearly Bond Payment | 2300-000 | | $5.42 | $9,969.73 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.39 | $9,956.34 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,941.53 |
| 04/14/15 | 102 | Michael Hansbrough<br>2 River Place<br>Suite E<br>Lansing, IL 60438 | Administrative Fee<br>Paid Pursuant to January 9, 2015 court order | 2200-000 | | $400.00 | $9,541.53 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.17 | $9,527.36 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.16 | $9,513.20 |

Page Subtotals: $10,000.00   $486.80

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-39310 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Claudia E. Metzger | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX4934 |
| | Checking |
| Taxpayer ID No: XX-XXX1645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.69 | $9,499.51 |
| 07/14/15 | | Transfer to Acct # xxxxxx4248 | Transfer of Funds | 9999-000 | | $9,499.51 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $9,499.51 |
| Subtotal | $10,000.00 | $500.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $500.49 |

Page Subtotals: $0.00 $9,513.20

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4248 - Checking | $0.00 | $9,499.51 | $0.00 |
| XXXXXX4934 - Checking | $10,000.00 | $500.49 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals: $0.00 $0.00